# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:03-CR-193** |
| **v.** : | |
| **ALISTER CAMPBELL,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 17th day of October, 2017, upon consideration of the motion (Doc. 46) filed *pro se* by defendant Alister Campbell ("Campbell") seeking reconsideration of the court's order (Doc. 45) denying his request for modification of the terms of the sentence imposed on February 19, 2014, wherein Campbell requested that the court modify the portion of said judgment which directs that Campbell's sixty-three (63) month term of imprisonment be run consecutively to the multiple terms of imprisonment Campbell is presently serving in several Dauphin County cases, (see id.), and instead direct that the federal sentence be run concurrently to the various state terms of imprisonment that Campbell is serving, (see id.), it is hereby ORDERED that Campbell's motion (Doc. 46) for reconsideration is DENIED for all of the reasons stated in the court's order (Doc. 45) of June 18, 2015.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania